UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ADOLFO GODOY,

                Petitioner,

   v.

ROBERT LEGRAND, *et al.,*

             Respondents.

Case No. 3:14-cv-00524-MMD-WGC

ORDER

Before the Court is a motion styled by petitioner Adolfo Godoy as a motion to alter or amend judgment. (ECF No. 55.) Godoy presents no cogent argument, and the motion is denied. Petitioner appears to misunderstand this Court's previous order granting him an extension of time in which to file a reply to respondents' answer.

It is therefore ordered that petitioner's motion to alter and amend judgment (ECF No. 55) is denied.

It is further ordered that petitioner will have sixty (60) days from the date of this order to file his reply to the answer. Petitioner is advised that, absent extraordinary circumstances, the Court is unlikely to grant any further extension of time.

DATED THIS 16th day of October 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE